IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN CHEN, et al.,<br><br>Defendants. | Case No. 1:16-cv-00023<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

**<u>AMENDED COMPLAINT</u>**

[CONTENTS FILED UNDER SEAL]