IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN CHEN, et al.,<br><br>Defendants. | Case No. 1:16-cv-00023<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

**PLAINTIFFS'** *EX PARTE* **MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING (1) A TEMPORARY INJUNCTION; (2) AN ORDER TO TEMPORARILY TRANSFER THE INFRINGING WEBSITES; (3) A TEMPORARY ASSET RESTRAINT; (4) EXPEDITED DISCOVERY; AND (5) SERVICE OF PROCESS BY EMAIL AND ELECTRONIC PUBLICATION**

Plaintiffs respectfully seek entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants to enjoin the manufacture, importation, distribution, offering for sale, and sale of Counterfeit Products, a temporary transfer of the Infringing Websites, a temporary asset restraint, expedited discovery, and service of process by e-mail and electronic publication in an action for trademark infringement arising out of 15 U.S.C. § 1114 and false designation of origin under 15 U.S.C. § 1125(a) of the Lanham Act; cyberpiracy under 15 U.S.C. § 1125(d); copyright infringement arising out 17 U.S.C. § 501 of the Copyright Act; and uniform deceptive trade practices under 815 ILCS § 510. Plaintiffs are concurrently filing a Memorandum of Law in support of this motion.

1

Dated this 4th day of January, 2016.	Respectfully submitted,

    s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*