IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC, | ) ) ) ) ) ) ) ) ) ) | Case No. 1:16-cv-00023 **Judge John Robert Blakey** **Magistrate Judge Susan E. Cox** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SHEN CHEN, et al., | ) ) | |
| Defendants. | ) ) ) | |

## **PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Plaintiffs, by and through their undersigned counsel, respectfully request that they be given leave to file their Memorandum of Law in Support of Plaintiffs' *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including (1) A Temporary Injunction; (2) An Order to Temporarily Disable the Infringing Websites; (3) A Temporary Asset Restraint; (4) Expedited Discovery; and (5) Service of Process by Email and Electronic Publication (collectively, the "*Ex Parte* Motion for TRO") in excess of 15 pages.

Plaintiffs' *Ex Parte* Motion for TRO includes five (5) separate motions, each of which includes distinct legal issues that must be decided simultaneously. Plaintiffs' Memorandum of Law in Support of the *Ex Parte* Motion for TRO ("Memorandum of Law") contains necessary substantive content relevant to each separate Motion that should be considered as a whole. Plaintiffs' Memorandum of Law is approximately forty-eight (48)

1

pages, which is far less than the 75-page limit allowed under Local Rule 7.1 if all five motions were filed separately. Therefore, Plaintiffs respectfully request that they be granted leave to file a combined Memorandum of Law in support of their *Ex Parte* Motion for TRO totaling forty-eight (48) pages for purposes of efficiency.

Dated this 4th day of January, 2016.     Respectfully submitted,

  s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*