IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>SHEN CHEN, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00023<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

### **PLAINTIFFS' MOTION FOR LEAVE TO TEMPORARILY SEAL DOCUMENTS**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiffs file this Motion for Leave to Temporarily Seal Documents ("Motion to Seal") requesting leave to file the following documents under seal: (1) Plaintiffs' Amended Complaint and Schedule "A" attached to the Complaint that includes a list of the Infringing Websites and the name or alias associated with each Infringing Website; (2) WHOIS contact information and registration data for the Infringing Websites (Exhibit 1 to the Declaration of Richard J. Holmes); and (3) screenshot printouts from the Infringing Websites showing each instance of trademark and copyright infringement (Exhibits 5 and 6 to the Declaration of Stephen Lang).

In this case, Plaintiffs are requesting temporary *ex parte* relief based on an action for trademark counterfeiting and false designation of origin under the Lanham Act, copyright infringement under the Copyright Act, cyberpiracy under the Anticybersquatting Consumer

1

Protection Act, and uniform deceptive trade practices under Illinois State law. Sealing these limited portions of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the Infringing Websites. *See* Declaration of Suren Ter Saakov at ¶¶ 11-13. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiffs will promptly move to unseal these documents.

Dated this 4th day of January, 2016.      Respectfully submitted,

                                               s/ Richard J. Holmes
                                               Richard J. Holmes
                                               818 Water Wheel Court
                                               Charlotte, North Carolina 28209
                                               872.216.4104
                                               legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*