# EXHIBIT 6-1032

## http://www.hsminspiringideas.com/

## COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1032; Defendant Domain: http://www.hsminspiringideas.com/
Defendant URL: http://www.hsminspiringideas.com/--p-34876.html
Image URL: http://www.hsminspiringideas.com/images/samples/386/mon-cheri-dresses-2015--214694_2.jpg

214694_012





Prepared By Counterfeit.Technology



Defendant Number: 1032; Defendant Domain: http://www.hsminspiringideas.com/
Defendant URL: http://www.hsminspiringideas.com/cameron-blake-214685w-cameron-blake-dress-p-28747.html
Image URL: http://www.hsminspiringideas.com/images/samples/281/mon-cheri-dresses-214685w_1.jpg



214685_BACK_021



Prepared By Counterfeit.Technology



Defendant Number: 1032; Defendant Domain: http://www.hsminspiringideas.com/
Defendant URL: http://www.hsminspiringideas.com/designer-wedding-davids-wedding-dresses-c-37_96.html?page=3
Image URL: http://www.hsminspiringideas.com/images/samples/281/mon-cheri-dresses-cp21485w.jpg

CP21485_006



Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1032.pdf

# EXHIBIT 6-1033

## http://www.3rdeducation.com/

## COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1033; Defendant Domain: http://www.3rdeducation.com/
Defendant URL: http://www.3rdeducation.com/sweetheart-214221-sweetheart-sweetheart-wedding-dress-p-14224.html
Image URL: http://www.3rdeducation.com/images/samples/125/mon-cheri-dresses-2015-214221.jpg

214221_017





Prepared By Counterfeit.Technology



Defendant Number: 1033; Defendant Domain: http://www.3rdeducation.com/
Defendant URL:
http://www.3rdeducation.com/index.php?main_page=product_reviews&products_id=24341
Image URL: http://www.3rdeducation.com/images/samples/128/mon-cheri-dresses-2015-214954.jpg



214954_006



Prepared By Counterfeit.Technology



Defendant Number: 1033; Defendant Domain: http://www.3rdeducation.com/
Defendant URL: http://www.3rdeducation.com/la-femme-20031-la-femme-new-dress-p-17023.html
Image URL: http://www.3rdeducation.com/images/samples/128/mon-cheri-dresses-2015-214954.jpg



214954_006



Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1033.pdf

# EXHIBIT 6-1034

## http://www.ofthingsitalian.com/

## COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1034; Defendant Domain: http://www.ofthingsitalian.com/
Defendant URL: http://www.ofthingsitalian.com/fashion-new-wedding-dress-fashion-2015-wedding-dress-p-11337.html
Image URL: http://www.ofthingsitalian.com/images/samples/203/mon-cheri-dresses-2015-214221.jpg



214221_017



Prepared By Counterfeit.Technology



Defendant Number: 1034; Defendant Domain: http://www.ofthingsitalian.com/
Defendant URL: http://www.ofthingsitalian.com/one-shoulder-short-dress-one-shoulder-lace-dress-p-12735.html
Image URL: http://www.ofthingsitalian.com/images/samples/203/mon-cheri-dresses-2015-214221.jpg



214221_017



Prepared By Counterfeit.Technology



---

Defendant Number: 1034; Defendant Domain: http://www.ofthingsitalian.com/
Defendant URL: http://www.ofthingsitalian.com/anjolique-573-anjolique-2015-bridal-p-24539.html
Image URL: http://www.ofthingsitalian.com/images/samples/203/mon-cheri-dresses-2015-214201.jpg



214201_029



---

Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1034.pdf

# EXHIBIT 6-1035

## http://www.cae67.com/

# COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1035; Defendant Domain: http://www.cae67.com/
Defendant URL: http://www.cae67.com/cameron-blake-214694w-cameron-blake-dress-p-8106.html
Image URL: http://www.cae67.com/images/samples/80/mon-cheri-dresses-2015-214694w_2.jpg



214694_012



Prepared By Counterfeit.Technology



Defendant Number: 1035; Defendant Domain: http://www.cae67.com/
Defendant URL: http://www.cae67.com/david-tutera-211251-david-tutera-2015-dress-p-11092.html
Image URL: http://www.cae67.com/images/samples/81/mon-cheri-dresses-2015-214221.jpg



214221_017



Prepared By Counterfeit.Technology



Defendant Number: 1035; Defendant Domain: http://www.cae67.com/
Defendant URL: http://www.cae67.com/mon-cheri-18107-mon-cheri-2015-wedding-dress-p-9407.html
Image URL: http://www.cae67.com/images/samples/81/mon-cheri-dresses-2015-214221.jpg



214221_017



Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1035.pdf

**EXHIBIT 6-1036**

**http://www.blacktielifestyle.com/**

**COPYRIGHT INFRINGEMENT**

Prepared By Counterfeit.Technology



Defendant Number: 1036; Defendant Domain: http://www.blacktielifestyle.com/
Defendant URL: http://www.blacktielifestyle.com/david-tutera-113211-david-tutera-wedding-dress-p-9829.html
Image URL: http://www.blacktielifestyle.com/images/samples/82/mon-cheri-dresses-2015-214221.jpg

214221_017





Prepared By Counterfeit.Technology



Defendant Number: 1036; Defendant Domain: http://www.blacktielifestyle.com/
Defendant URL: http://www.blacktielifestyle.com/david-tutera-113229-david-tutera-wedding-dress-p-9751.html
Image URL: http://www.blacktielifestyle.com/images/samples/82/mon-cheri-dresses-2015-214221.jpg



214221_017



Prepared By Counterfeit.Technology



Defendant Number: 1036; Defendant Domain: http://www.blacktielifestyle.com/
Defendant URL: http://www.blacktielifestyle.com/david-tutera-214218-david-tutera-wedding-dress-p-9370.html
Image URL: http://www.blacktielifestyle.com/images/samples/82/mon-cheri-dresses-2015-214221.jpg



214221_017



Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1036.pdf

# EXHIBIT 6-1037

## http://www.witney-hotel.com/

# COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1037; Defendant Domain: http://www.witney-hotel.com/
Defendant URL: http://www.witney-hotel.com/mon-cheri-cp11482-p-9374.html
Image URL: http://www.witney-hotel.com/images/samples/missesdressy/cp11482-by
-capri-by-mon-cheri.jpg



CP11482_003_Hero



Prepared By Counterfeit.Technology



Defendant Number: 1037; Defendant Domain: http://www.witney-hotel.com/
Defendant URL:
http://www.witney-hotel.com/index.php?main_page=product_reviews&products_id=9366
Image URL: http://www.witney-hotel.com/images/samples/missesdressy/cp11478-by-capri-by-mon-cheri.jpg



CP11478_017_Hero



Prepared By Counterfeit.Technology



Defendant Number: 1037; Defendant Domain: http://www.witney-hotel.com/
Defendant URL: http://www.witney-hotel.com/mon-cheri-cp11478-p-9366.html
Image URL: http://www.witney-hotel.com/images/samples/missesdressy/cp11478-by
-capri-by-mon-cheri.jpg

CP11478_017_Hero

Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1037.pdf

# EXHIBIT 6-1038

## http://www.phm13.com/

# COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1038; Defendant Domain: http://www.phm13.com/
Defendant URL: http://www.phm13.com/alvina-valenta-qw9304-alvina-valenta-new-wedding-dress-p-9715.html
Image URL: http://www.phm13.com/images/samples/208/mon-cheri-dresses-2015-214221.jpg



214221_017



Prepared By Counterfeit.Technology



Defendant Number: 1038; Defendant Domain: http://www.phm13.com/
Defendant URL: http://www.phm13.com/shail-k-3920-shail-k-dress-p-39698.html
Image URL: http://www.phm13.com/images/samples/208/mon-cheri-dresses-2015-214221.jpg

214221_017





Prepared By Counterfeit.Technology



---

Defendant Number: 1038; Defendant Domain: http://www.phm13.com/
Defendant URL: http://www.phm13.com/faviana-6710-faviana-dress-p-14615.html
Image URL: http://www.phm13.com/images/samples/217/mon-cheri-dresses-214954.jpg

214954_006




---

Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1038.pdf

# EXHIBIT 6-1039

## http://www.kim-ah-joong.com/

# COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1039; Defendant Domain: http://www.kim-ah-joong.com/
Defendant URL:
http://www.kim-ah-joong.com/index.php?main_page=popup_image&pID=25
92
Image URL: http://www.kim-ah-joong.com/images/20111124223834522.jpg

img0large





Prepared By Counterfeit.Technology



Defendant Number: 1039; Defendant Domain: http://www.kim-ah-joong.com/
Defendant URL: http://www.kim-ah-joong.com/wedding-dresses-wedding-dresses-2012-c-1_7.html?page=18
Image URL: http://www.kim-ah-joong.com/images/20111124223834522.jpg



img0large



Prepared By Counterfeit.Technology



Defendant Number: 1039; Defendant Domain: http://www.kim-ah-joong.com/
Defendant URL: http://www.kim-ah-joong.com/blue-beaded-tulle-lace-quinceanera-ball-gown-sweet-sixteen-dress-p-4310.html
Image URL: http://www.kim-ah-joong.com/images/20111126173405422.jpg



img0large



Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1039.pdf

# EXHIBIT 6-1040

## http://www.phluxx.com/

# COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology



Defendant Number: 1040; Defendant Domain: http://www.phluxx.com/
Defendant URL: http://www.phluxx.com/-dress--dress-p-29326.html
Image URL: http://www.phluxx.com/images/samples/134/mon-cheri-dresses-2015-214d55w.jpg



214D55_005



Prepared By Counterfeit.Technology



Defendant Number: 1040; Defendant Domain: http://www.phluxx.com/
Defendant URL: http://www.phluxx.com/hannah-s-27891-hannah-s-mini-dress-p-18261.html
Image URL: http://www.phluxx.com/images/samples/134/mon-cheri-dresses-2015-214d55w.jpg

214D55_005





Prepared By Counterfeit.Technology



Defendant Number: 1040; Defendant Domain: http://www.phluxx.com/
Defendant URL:
http://www.phluxx.com/index.php?main_page=product_reviews&products_id=17464
Image URL: http://www.phluxx.com/images/samples/134/mon-cheri-dresses-2015-214d55w.jpg

214D55_005




Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1040.pdf

# EXHIBIT 6-1041

## http://www.wwsu1069.com/

# COPYRIGHT INFRINGEMENT

Prepared By Counterfeit.Technology

COUNTERFEIT
TECHNOLOGY

Defendant Number: 1041; Defendant Domain: http://www.wwsu1069.com/
Defendant URL: http://www.wwsu1069.com/chic-strapless-soft-organza-gown-with-heavily-beaded-bodice-p700975.html
Image URL: http://www.wwsu1069.com/images/cache/water_mark/adoringdress.com/product/201401/qTjIUflg4x4dEyYSqCpLDcTCzf5G36MX.jpg

2015-03-01/77009161




Prepared By Counterfeit.Technology



Defendant Number: 1041; Defendant Domain: http://www.wwsu1069.com/
Defendant URL: http://www.wwsu1069.com/refined-v-neck-sheath-two-piece-gown-with-appliqued-lace-and-charmeuse-satin-lining-p700858.html
Image URL: http://www.wwsu1069.com/images/cache/water_mark/adoringdress.com/product/201401/dIqxBX7KkPVCK4uAaSBt8eLcxDTTpQdn.jpg

2015-03-01/71829931





Prepared By Counterfeit.Technology



Defendant Number: 1041; Defendant Domain: http://www.wwsu1069.com/
Defendant URL: http://www.wwsu1069.com/fabulous-strapless-asymmetrical-draped-sparkle-taffeta-ball-gown-with-tulle-underlay-p300697.html
Image URL: http://www.wwsu1069.com/images/cache/water_mark/adoringdress.com/product/201401/hptAu6gMorvtEzdUFz3xBIgLeS3YSJba.jpg



2015-03-01/71830751



Due to the voluminous nature of this individual Defendant's copyright infringements, the following exhibit represents a sample of these violations. The complete exhibit for this individual Defendant's copyright infringements can be found by following this link: http://cdn1.pool2.counterfeit.technology/cases/04/copyright_ABPIA_full_1041.pdf