IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC, <br><br>       Plaintiffs,<br><br>   v.<br><br>SHEN CHEN, et al.,<br><br>       Defendants. | Case No. 1:16-cv-00023<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

### PLAINTIFFS' MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiffs respectfully seek entry of a Preliminary Injunction against the Defendants in this matter. The scope of Plaintiffs' Proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order entered on January 13, 2016 [Docket No. 30]. Plaintiff is concurrently filing a Memorandum of Law in support of this motion and the Declaration of Richard J. Holmes.

Dated this 20th day of January, 2016.   Respectfully submitted,

                                            s/ Richard J. Holmes
                                            Richard J. Holmes
                                            818 Water Wheel Court
                                            Charlotte, North Carolina 28209
                                            872.216.4104
                                            legal@counterfeittechnology.com

                                            *Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January 2016, I will electronically file the foregoing *Plaintiffs' Motion for Entry of a Preliminary Injunction* with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Infringing Websites that have been transferred to Plaintiffs' control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibit1 to the Declaration of Richard J. Holmes and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

Dated this 20th day of January, 2016.  Respectfully submitted,

s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*