IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SHEN CHEN, et al., <br><br> Defendants. | Case No. 1:16-cv-00023 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge Susan E. Cox** |

### **DECLARATION OF RICHARD J. HOLMES**

I, Richard J. Holmes, of Charlotte, North Carolina, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Motion for Entry of a Preliminary Injunction and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the General Bar of the U.S District Court for the Northern District of Illinois. I am also admitted to practice before the Courts of the States of North Carolina and Vermont, the United States District Court for the Western District of North Carolina and the United States District Court for District of Vermont.

3. Since and pursuant to the Court's entry of a Temporary Restraining Order in this matter [Docket No. 30], I have been working with Plaintiffs' expert witness and third party payment providers to freeze the financial accounts associated with the Infringing Websites. I

1

have also been working Plaintiffs' expert witness and third party service providers to transfer and temporarily disable the Infringing Websites.

    4.    Genuine and authentic copies of the unpublished decisions cited in Plaintiffs' Memorandum of Law in Support of Motion for Entry of a Preliminary Injunction are attached hereto as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 20th day of January, 2016

_____
Richard J. Holmes