FILED
FEB 0 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Date: __31th Jan 2016__.

To: Clerk of the Court

United States District Court for the Northern District of Illinois, Eastern Division

Chicago, Illinois

We are __Bingohobby Co., Ltd__, a corporation registered in and under the laws of the People's Republic of China with the registration address at __No.8 Ge shan xin jie, Apt 703, Haizhu district of Guangzhou, 51000, Guangdong, China__. Our company is the registrant of PayPal account __saraca4ever@hotmail.com & saracatree@hotmail.com__ and the owner of domain name __http://stores.ebay.com/saracatree & http://stores.ebay.com/bingohobby__.

Recently, our company was informed by PayPal Pte. Ltd., provider of PayPal Services, that our PayPal account had been frozen by them because our company was allegedly involved in a lawsuit filed in the U.S..

After researching, we found out that our company may be one of the defendants in a case numbered 1:16-cv-00023 in U.S. District Court for Northern District of Illinois, Eastern Division (hereinafter referred to as "the Case").

Therefore, I am writing to you on behalf of our company stating as follows:

1. Please send any and all materials and documents related to the Case now existing or produced and/or collected in future including but not limited to complaints, amended complaints, evidence submitted to the Court by plaintiffs and summons to the following recipient and address:

Recipient : _____Xi Zeng_____.

1

Address : No.8 Ge shan xin jie, Apt 703, Haizhu district of Guangzhou, 51000,

Guangdong, China                    .

Tel:     +(86) 186 2095 2877            .

2. Please proceed with the Case in strict accordance with relevant requirements set forth in The Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (The Hague Service Convention) and other relevant international and domestic laws. Our company does not recognize or accept any document related to the Case sent in electronic forms (including but not limited to emails and electronic publication on the Internet).

Respectfully,

No.8 Ge shan xin jie, Apt 703,

Haizhu district of Guangzhou, 51000

Guangdong, China.

+(86) 186 2095 2877

31th Jan 2016

Signature: _Zhu Zhu Yuan / Xi Zong_

