IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SHEN CHEN, et al., <br><br> Defendants. | Case No. 1:16-cv-00023 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge Susan E. Cox** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, by and through their undersigned counsel, hereby dismiss the following Defendants as identified on Schedule "A" to the Amended Complaint [Docket No. 18-1] from this action *with prejudice*:

| Def. No. | Domain Name |
|---|---|
| 351 | newquinceaneradresses.com |
| 356 | topquinceaneradresses.com |
| 366 | eefashion.com |
| 684 | lifeshopping.com |
| 697 | quinceanera100.com |
| 703 | dressale.com |
| 775 | fashionos.com |
| 791 | magicmiss.com |

1

| | |
|---|---|
| 835 | vvdresses.com |
| 873 | quinceaneramart.com |
| 2319 | magicpromdress.com |
| 2708 | magicbridesmaiddresses.com |
| 2709 | magiccelebritydresses.com |

Dated this 9th day of February, 2016.    Respectfully submitted,

 s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February 2016, I will electronically file the foregoing *Notice of Dismissal* with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Infringing Websites that have been transferred to Plaintiffs' control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibit 1 to the Declaration of Richard J. Holmes and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

Dated this 9th day of February, 2016.    Respectfully submitted,

s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*