UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

American Bridal and Prom Industry Association, Inc., et al.

Plaintiff,

v.

Case No.: 1:16−cv−00023
Honorable John Robert Blakey

Shen Chen, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2016:

MINUTE entry before the Honorable John Robert Blakey: Motion and status hearing held on 2/10/2016. Plaintiff's motion to strike [42] is granted. Plaintiff's notices of voluntary dismissal [39][41][50][51] are granted. Plaintiff's motion for preliminary injunction [31] is denied without prejudice, and Plaintiff's request to extension the temporary restraining order is denied. Any revised motion for injunctive relief shall be filed on or before 3/16/2016. Status hearing set for 3/16/2016 at 10:00 a.m. in Courtroom 1725. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.