# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM ) | |
| INDUSTRY ASSOCIATION, INC., ) | |
| ALLURE BRIDALS, INC., ALYCE ) | |
| DESIGNS, INC., JOVANI FASHION, ) | Case No. 1:16-cv-00023 |
| LTD., LA FEMME BOUTIQUE, INC. ) | |
| MON CHERI BRIDALS, LLC, MORI ) | Honorable Judge John Robert Blakey |
| LEE, LLC, NEXT CENTURY ) | |
| PRODUCTIONS, INC. d/b/a "SYDNEY'S ) | |
| CLOSET" and PROMGIRL LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A" and ) | |
| JOHN DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

## CONSENTED MOTION FOR AN EXTENSION OF TIME TO
## ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT

Defendant, ZC Holding HK Limited d/b/a Vbridal.com, ("Vbridal") hereby moves the Court for a second extension of time to answer or otherwise plead to the Plaintiffs' Amended Complaint. In support of its motion, Vbridal states the following:

1. On January 4, 2016, Plaintiffs filed its Amended Complaint (Dkt. No. 6). On January 13, 2016, this Court ordered that posting the Amended Complaint and Summons on the defendants' web sites constituted service on defendants (Dkt. No. 30).

-2-

2. On February 11, 2016, this Court granted Vbridal's request for an initial two-week extension of time to answer or otherwise plead, providing Vbridal until February 25, 2016 to answer or otherwise respond (Dkt. No. 56).

3. The parties are currently negotiating the terms of a settlement agreement. The conditions of a potential settlement agreement may not be met until after thirty (30) days after the execution of a settlement agreement by the parties, including the filing of stipulation for dismissal. Because settling the case will obviate the need for Vbridal to respond to the Amended Complaint, it requests a forty-five (45) day extension.

4. For these reasons, Vbridal requests an extension to April 10, 2016 to answer or otherwise respond.

5. Plaintiffs, through its attorney of record, Rich Holmes, has consented to this request via e-mail on Friday, February 19, 2016.

**WHEREFORE,** Vbridal respectfully requests that the Court permit it to respond to the Amended Complaint on or before April 10, 2016.

Dated: February 22, 2016

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP

/Ashly Boesche/
_____

Ashly Boesche, IL Bar No. 6289801
200 S. Wacker Drive, Suite 2900
Chicago, Illinois 60091
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

## **CERTIFICATE OF SERVICE**

I, Ashly Boesche, certify that a true and correct copy of the foregoing **CONSENTED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT** was served upon counsel for Plaintiffs, via the Court's CM/ECF system, this 22 day of February, 2016.

/Ashly Boesche/

_____

Ashly Boesche