IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>SHEN CHEN, et al., <br><br>Defendants. | Case No. 1:16-cv-00023 <br><br>**Judge John Robert Blakey** <br><br>**Magistrate Judge Susan E. Cox** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, by and through their undersigned counsel, hereby dismiss the following Defendants as identified on Schedule "A" to the Amended Complaint [Docket No. 18-1] from this action *without prejudice*:

| Def. No. | Domain Name |
|---|---|
| 42 | gown4prom.com |
| 231 | homecomingnightgirl.com |
| 244 | micwelldress.com |
| 259 | promnightgirl.com |
| 321 | promdress4girls.com |
| 393 | micdresses.com |
| 401 | sasadress.com |
| 420 | lightweddings.com.au |
| 435 | lightweddings.com |
| 465 | dinobridals.com |
| 512 | dinobridals.co.uk |
| 560 | hellopromdress.net |
| 561 | lightweddings.co.uk |
| 575 | dobridesmaidress.com |
| 705 | knotdresses.com |

| | |
|---|---|
| 999 | ybridal.com |
| 1136 | topshopbrides.co.uk |
| 1414 | topshopbrides.com |
| 1415 | mein-traumkleid.com |
| 1529 | anoivalinda.com |
| 1666 | topshopdresses.co.uk |
| 1861 | tiamo-gown.com |
| 2065 | dresswe.co.uk |
| 2198 | weddingbasa.com |
| 2735 | dresscome.com |
| 3102 | miusol.com |

Dated this 8th day of March, 2016.    Respectfully submitted,

s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*