IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN CHEN, et al.,<br><br>Defendants. | Case No. 1:16-cv-00023<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

## PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs, by and through their undersigned counsel, respectfully request that they be given leave to file their Memorandum of Law in Support of Plaintiffs' Motion for Entry of Preliminary Injunction in excess of 15 pages.

Plaintiffs' Motion for Entry of Preliminary Injunction is Plaintiffs' final request for injunctive relief in this matter. Given the nature of these proceedings in which none of the remaining defendants have appeared or otherwise challenged Plaintiffs' allegations in the Amended Complaint, Plaintiffs do not anticipate filing any additional requests for injunctive relief. The memorandum of law submitted in support of this motion is 24 pages.

Therefore, Plaintiffs respectfully request that they be granted leave to file a Memorandum of Law in support of their Motion for Entry of Preliminary Injunction totaling twenty-four (24) pages for purposes of efficiency.

1

Dated this 10th day of March, 2016.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Richard J. Holmes
　　　　　　　　　　　　　　　　　　Richard J. Holmes
　　　　　　　　　　　　　　　　　　818 Water Wheel Court
　　　　　　　　　　　　　　　　　　Charlotte, North Carolina 28209
　　　　　　　　　　　　　　　　　　872.216.4104
　　　　　　　　　　　　　　　　　　legal@counterfeittechnology.com

　　　　　　　　　　　　　　　　　　*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March 2016, I will electronically file the foregoing *Motion for Leave to Exceed Page Limitation* with the Clerk of the Court using the CM/ECF system, and I will send this filing via email to the e-mail addresses identified in Exhibit 1 to the Declaration of Richard J. Holmes and any e-mail addresses provided for Defendants by third parties.

Dated this 10th day of March, 2016.       Respectfully submitted,

s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*