IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SHEN CHEN, et al., <br><br> Defendants. | Case No. 1:16-cv-00023 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge Susan E. Cox** |

## PLAINTIFFS' MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiffs respectfully seek entry of a Preliminary Injunction against the Defendants in this matter. The scope of Plaintiffs' Proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order entered on January 13, 2016 [Docket No. 30]. Plaintiffs are concurrently filing a Memorandum of Law in support of this motion and the declarations of Jon Liney and Plaintiffs' expert witness, Suren Ter Saakov. Plaintiffs incorporate by reference the arguments, points of authority and exhibits set forth in their Memorandum of Law in Support of *Ex Parte* Motion for TRO [Docket No. 10] and their previously submitted Memorandum of Law in Support of Entry of Preliminary Injunction. [Docket No. 32].

1

Dated this 10th day of March, 2016.    Respectfully submitted,

  s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of March 2016, I will electronically file the foregoing *Motion for Entry of a Preliminary Injunction* with the Clerk of the Court using the CM/ECF system, and I will send this filing via email to the e-mail addresses identified in Exhibit 1 to the Declaration of Richard J. Holmes and any e-mail addresses provided for Defendants by third parties.

Dated this 10th day of March, 2016.      Respectfully submitted,

      s/ Richard J. Holmes
      Richard J. Holmes
      818 Water Wheel Court
      Charlotte, North Carolina 28209
      872.216.4104
      legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*