IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN CHEN, et al.,<br><br>Defendants. | Case No. 1:16-cv-00023<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

## DECLARATION OF JON LINEY

I, Jon Liney, of Bensalem, Pennsylvania, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Motion for Entry of Preliminary Injunction and, if called as a witness at the upcoming hearing on March 16, 2016, I could and would competently testify as follows:

2. I am the President of Golden Asp, Inc., which is one of the largest prom specialty stores in the United States and has been operating for 46 years as a second generation family company. I have been involved in this business since 1998 and became President in 2008. Our products are sold in our retail storefront in addition to being sold online under two different domains, GoldenAspProm.com and DaphneDresses.com.

3. I am also the President of Colette Associates, LLC, which wholesales prom and special occasion dresses.

1

4.  I am the Secretary of the Board of Directors of the American Bridal and Prom Industry Association, Inc. ("ABPIA"). As part of my duties with the ABPIA, I am actively involved in educating our members and consumers about online websites and marketplaces that sell counterfeit prom dresses and other formalwear.

5.  I am involved with the monitoring and reporting of websites and online marketplaces that sell counterfeit wedding gowns and formal wear by using the Plaintiffs' trademarks and copyrighted images, as well as increasing general awareness about online counterfeiting to warn consumers. These efforts have included:

- Assisting ABPIA members with the submission of hundreds of thousands of takedown notices pursuant to the Digital Millennium Copyright Act through various anti-counterfeiting software programs that ABPIA members use;

- Corresponding directly with owners and operators of websites selling counterfeit goods;

- Issuing consumer notices from the State Attorney General's Office, an example of which can be found by following this link: http://nj.gov/oag/newsreleases14/Wedding-Gowns.pdf;

- Promoting consumer education and awareness to warn consumers about the dangers of purchasing counterfeit products;

- Engaging in public relations efforts through various national media news outlets to increase consumer awareness;

- Lobbying efforts with local and federal officials focusing on a legislative directive to have the U.S. Customs and Border Patrol increase monitoring of parcels containing counterfeit goods.

6.  With respect to the monitoring and reporting of websites and online marketplaces selling counterfeit goods, none of the tactics described above have been successful in getting products removed from these sites or disabling the sites altogether. In fact, I have seen the number of online websites selling counterfeit wedding gowns and formalwear increase significantly despite our efforts.

7.        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 7th day of March, 2016

                                                                                    _____

                                                                                    Jon  Liney