IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SHEN CHEN, et al., <br><br> Defendants. | Case No. 1:16-cv-00023 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge Susan E. Cox** |

**PLEASE TAKE NOTICE** that on Tuesday, March 15, 2016, at 9:45 a.m., Plaintiffs, by and through their counsel, shall appear before the Honorable Judge John Robert Blakey in Courtroom 1725 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion for Leave to Exceed Page Limitation and Motion for Entry of a Preliminary Injunction.

Dated this 10th day of March, 2016.   Respectfully submitted,

   s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March 2016, I will electronically file the foregoing *Notice of Motion for Presentment of Motion* with the Clerk of the Court using the CM/ECF system, and I will send this filing via email to the e-mail addresses identified in Exhibit 1 to the Declaration of Richard J. Holmes and any e-mail addresses provided for Defendants by third parties.

Dated this 10th day of March, 2016.   Respectfully submitted,

s/ Richard J. Holmes
Richard J. Holmes
818 Water Wheel Court
Charlotte, North Carolina 28209
872.216.4104
legal@counterfeittechnology.com

*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*