# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

American Bridal and Prom Industry Association, Inc., et al.

                           Plaintiff,

v.

Shen Chen, et al.

                           Defendant.

Case No.: 1:16−cv−00023
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiffs' motion for leave to file excess pages [62] is granted. Plaintiffs' motion for preliminary injunction [63] is entered and continued to 3/16/16. The 3/15/16 Notice of Motion date is stricken, and the parties need not appear on that date. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.