UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

American Bridal and Prom Industry Association,
Inc., et al.

                                        Plaintiff,

v.                                                         Case No.:
1:16−cv−00023

Honorable John Robert Blakey

Shen Chen, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 3/16/2016 and continued to 4/14/2016 at 9:45 a.m. in Courtroom 1725. Plaintiff's motion for preliminary injunction [63] is denied. The Court will issue a written opinion by separate order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.