IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN BRIDAL AND PROM INDUSTRY ASSOCIATION, INC., ALLURE BRIDALS, INC., ALYCE DESIGNS, INC., JOVANI FASHION, LTD., LA FEMME BOUTIQUE, INC., MON CHERI BRIDALS, LLC, MORI LEE, LLC, NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET, and PROMGIRL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN CHEN, et al.,<br><br>Defendants. | Case No. 1:16-cv-00023<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

## PLAINTIFFS' MOTION TO UNSEAL DOCUMENTS

Plaintiffs, by and through their undersigned counsel, respectfully request the Clerk of Court to unseal the documents, exhibits and order appearing on Docket Nos. 18 through 28, and 30.

Dated this 18th day of March, 2016.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 s/ Richard J. Holmes
　　　　　　　　　　　　　　　　　　　Richard J. Holmes
　　　　　　　　　　　　　　　　　　　818 Water Wheel Court
　　　　　　　　　　　　　　　　　　　Charlotte, North Carolina 28209
　　　　　　　　　　　　　　　　　　　872.216.4104
　　　　　　　　　　　　　　　　　　　legal@counterfeittechnology.com

　　　　　　　　　　　　　　　　　　　*Counsel for American Bridal and Prom Industry Association, Inc., Allure Bridals, Inc., Alyce Designs, Inc., Jovani Fashion, Ltd., La Femme Boutique, Inc., Mon Cheri Bridals, LLC, Mori Lee, LLC, Next Century Productions, Inc. d/b/a "Sydney's Closet", and Promgirl, LLC*

1