**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

American Bridal and Prom Industry Association, Inc. et al,

Plaintiff(s),

v.

The Partnerships and Unincorporated Associations Identified on Schedule "A" and John Does 1-100 et al ,

Defendant(s).

Case No. 16 CV 23
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court having determined that personal jurisdiction is lacking here, and Plaintiffs having moved for voluntary dismissal under Rule 41(a), this case is hereby dismissed without prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey.

Date: 6/29/2016

Thomas G. Bruton, Clerk of Court

s/ G. Lewis , Deputy Clerk